# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

161726

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ADRIAN LAMONT WILLIAMS,
    Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 161726
COA: 353468
Saginaw CC: 18-045345-FH;
18-045410-FC

_____/

On order of the Court, the application for leave to appeal the July 16, 2020 order of the Court of Appeals is considered. We DIRECT the Saginaw County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall also address the reason why the defendant's guidelines range increased from an estimated 51 to 127 months at the plea hearing to 108 to 270 months at sentencing.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



a0120

Clerk